AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas



**FILED**
MAY 1 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

JEFF DEVOLL,
    Plaintiff,

v.

FLEET BANK,
    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: SA-06-CA-870-XR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

consistent with the Order granting motion for summary judgment filed this same date, plaintiff's complaint is DISMISSED and this case is closed.

May 1, 2007
Date

William G. Putnicki
Clerk

_[signature]_
(By) Deputy Clerk